# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 239 MAL 2016

:

Respondent                    :

:    Petition for Allowance of Appeal from

v.                         :    the Order of the Superior Court

:

:

:

SEDRICK T. SMITH,            :

:

Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of August, 2016, the Petition for Allowance of Appeal and Application for Leave to Amend are **DENIED**.